# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 13, 2022

## NO. 03-21-00548-CR

**Wayne Denton Dickerson, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order of deferred adjudication entered by the trial court. Wayne Denton Dickerson has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Wayne Denton Dickerson to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.